**No. 48526.**—Protest 49304–K of Gargiulo & Amendola, Inc. (Cleveland).

Opinion by CLINE, J.  It was found from the record that all the necessary documents had been timely filed and that the percentages of decay were ascertained through an examination of the merchandise in freight cars upon arrival at the port of entry.  Following Abstract 47071 it was found that duty should not have been assessed on the decayed and worthless portion of the shipment.  The protest was sustained in accordance with the percentages as set out in the decision.